# FMCSA Motor Carrier

USDOT Number: **2318393**
Docket Number: **MC145402**
Legal Name: **CONTRACT TRANSPORT SERVICES, LLC**

DBA (Doing-Business-As) Name  **CONTRACT TRANSPORT SERVICES**



### Addresses

| | |
|---|---|
| Business Address: | **1634 COFRIN DRIVE** |
| | **GREEN BAY, WI 54302** |
| Business Phone: | **(920) 436-7910**     Business Fax: **Fax: (920) 437-4306** |
| Mail Address: | **PO BOX 8235** |
| | **GREEN BAY, WI 54308** |
| Mail Phone: | **(920) 436-7910**     Mail Fax:     Undeliverable Mail: **NO** |

### Authorities:

| | | | | | |
|---|---|---|---|---|---|
| Common Authority: | **ACTIVE** | Application Pending: | **NO** | | |
| Contract Authority: | **ACTIVE** | Application Pending: | **NO** | | |
| Broker Authority: | **INACTIVE** | Application Pending: | **NO** | | |
| Property: | **YES** | Passenger: | **NO** | Household Goods: | **NO** |
| Private: | **NO** | Enterprise: | **NO** | | |

### Insurance Requirements:

| | | | | | |
|---|---|---|---|---|---|
| BIPD Exempt: | **NO** | BIPD Waiver: **NO** | BIPD Required: | **$750,000** | BIPD on File: **$750,000** |
| Cargo Exempt: | **NO** | | Cargo Required: | **NO** | Cargo on File: **NO** |
| BOC-3: | **YES** | | Bond Required: | **YES** | Bond on File: **NO** |
| Blanket Company: | **NATIONAL RESIDENT AGENT SERVICE, INC.** | | | | |

Comments: 7-24-12- TRANSFER FILED. CONSUMMATION DUE 7-31-12. TL ;MC-145402 SUB 13, REENTITLED UNDER MC-169351 SUB 1 DECISION SERVED 6/11/84. NAME CHANGED FROM LAKE LINE EXPRESS, INC., PENDING DECISION MC145402 RECLASSIFIED FROM ACCOUNTING CLASS 3 TO 2 08/29/94

### Active/Pending Insurance:

| | | | |
|---|---|---|---|
| Form: **91X** | Type: **BIPD/Primary** | Posted Date: | 08/25/2017 |
| Policy/Surety Number: **161701 9282302 SN** | Coverage From: | $0     To: | **$750,000** |
| Effective Date: **09/01/2017** | Cancellation Date: | | |

| | |
|---|---|
| Insurance Carrier: | PENNSYLVANIA MANUF. ASSOC. INS. |
| Attn: | ANGIE MARRARA, COMMERCIAL AUTO UNDERWRITING |
| Address: | 380 SENTURY PARKWAY., P.O. BOX 3031 |
| | BLUE BELL, PA  19422 US |
| Telephone: | (610) 397 - 5000     Fax: |

### Rejected Insurances:

| | | | |
|---|---|---|---|
| Form: | Type: | | |
| Policy/Surety Number: | Coverage From: | $0     To: | $0 |
| Received: | Rejected: | | |
| Rejected Reason: | | | |

# FMCSA Motor Carrier

USDOT Number: **2318393**
Docket Number: **MC145402**
Legal Name: **CONTRACT TRANSPORT SERVICES, LLC**

DBA (Doing-Business-As) Name **CONTRACT TRANSPORT SERVICES**



**Insurance History:**

| | | | | |
|---|---|---|---|---|
| Form: **91X** | Type: **BIPD/Primary** | | | |
| Policy/Surety Number: **CA 0221007** | Coverage From **$0** | To: **$1,000,000** | | |
| Effective Date From: **12/01/1994** | To: **12/01/1996** | Disposition: **Replaced** | | |

Insurance Carrier: ST. PAUL PROTECTIVE INSURANCE COMPANY
Attn: PLEASE CONTACT YOUR LOCAL AGENT
Address: ONE TOWER SQUARE, CL PMU-AUTO-6GS
HARTFORD, CT 06183 US
Telephone: Fax:

| | | | | |
|---|---|---|---|---|
| Form: **91** | Type: **BIPD** | | | |
| Policy/Surety Number: **133 617611-7** | Coverage From **$0** | To: **$750,000** | | |
| Effective Date From: **12/01/1996** | To: **12/01/1997** | Disposition: **Replaced** | | |

Insurance Carrier: NORTH RIVER INSURANCE CO.
Attn: TO REPORT A CLAIM CALL 888-890-1500
Address: 305 MADISON AVE. P.O. BOX 1973
MORRISTOWN, NJ 07960 US
Telephone: (973) 490 - 6000 Fax:

| | | | | |
|---|---|---|---|---|
| Form: **91** | Type: **BIPD** | | | |
| Policy/Surety Number: **503 139977-1** | Coverage From **$0** | To: **$750,000** | | |
| Effective Date From: **12/01/1996** | To: **12/01/1996** | Disposition: **Replaced** | | |

Insurance Carrier: NORTH RIVER INSURANCE CO.
Attn: TO REPORT A CLAIM CALL 888-890-1500
Address: 305 MADISON AVE. P.O. BOX 1973
MORRISTOWN, NJ 07960 US
Telephone: (973) 490 - 6000 Fax:

| | | | | |
|---|---|---|---|---|
| Form: **91X** | Type: **BIPD/Primary** | | | |
| Policy/Surety Number: **CLP80082A** | Coverage From **$0** | To: **$1,000,000** | | |
| Effective Date From: **12/01/1997** | To: **01/03/2001** | Disposition: **Cancelled** | | |

Insurance Carrier: GREAT WEST CASUALTY CO.
Attn: OPERATOR
Address: 1100 WEST 29TH ST., P.O. BOX 277
SOUTH SIOUX CITY, NE 68776 US
Telephone: (800) 228 - 8602 Fax: (402) 494 - 7400

Run Date: June 12, 2018
Run Time: 16:50
Page 2 of 8
Data Source: Licensing and Insurance
li_carrier
Case 1:17-cv-01126-WCG Filed 06/15/18 Page 2 of 8 Document 21-2

# FMCSA Motor Carrier

USDOT Number: **2318393**
Docket Number: **MC145402**
Legal Name: **CONTRACT TRANSPORT SERVICES, LLC**

DBA (Doing-Business-As) Name **CONTRACT TRANSPORT SERVICES**



**Insurance History:**

| | |
|---|---|
| Form: **91X** | Type: **BIPD/Primary** |
| Policy/Surety Number: **CLP80082A** | Coverage From **$0** To: **$1,000,000** |
| Effective Date From: **12/01/1997** To: **12/01/2000** | Disposition: **Replaced** |

Insurance Carrier: GREAT WEST CASUALTY CO.
Attn: OPERATOR
Address: 1100 WEST 29TH ST., P.O. BOX 277
SOUTH SIOUX CITY, NE 68776 US
Telephone: (800) 228 - 8602   Fax: (402) 494 - 7400

| | |
|---|---|
| Form: **91X** | Type: **BIPD/Primary** |
| Policy/Surety Number: **CA-K08566** | Coverage From **$0** To: **$1,000,000** |
| Effective Date From: **12/01/2000** To: **04/01/2009** | Disposition: **Cancelled** |

Insurance Carrier: ACUITY, A MUTUAL INSURANCE COMPANY
Attn: ED WARREN, VP CL UNDERWRITING
Address: 2800 SOUTH TAYLOR DR.
SHEBOYGAN, WI 53081 US
Telephone: (800) 242 - 7666   Fax: (920) 458 - 1618

| | |
|---|---|
| Form: **91X** | Type: **BIPD/Primary** |
| Policy/Surety Number: **CTP** | Coverage From **$0** To: **$750,000** |
| Effective Date From: **04/01/2009** To: **11/15/2009** | Disposition: **Cancelled** |

Insurance Carrier: GENERAL CASUALTY COMPANY OF WISCONSIN
Attn: CONNIE CONINE
Address: ONE GENERAL DRIVE
SUN PRAIRIE, WI 53596 US
Telephone: (317) 722 - 3881   Fax: (608) 825 - 5100

| | |
|---|---|
| Form: **91X** | Type: **BIPD/Primary** |
| Policy/Surety Number: **CTP** | Coverage From **$0** To: **$750,000** |
| Effective Date From: **04/01/2009** To: **10/16/2009** | Disposition: **Replaced** |

Insurance Carrier: GENERAL CASUALTY COMPANY OF WISCONSIN
Attn: CONNIE CONINE
Address: ONE GENERAL DRIVE
SUN PRAIRIE, WI 53596 US
Telephone: (317) 722 - 3881   Fax: (608) 825 - 5100

Run Date: June 12, 2018
Run Time: 16:50
Page 3 of 8
Data Source: Licensing and Insurance
li_carrier

Case 1:17-cv-01126-WCG   Filed 06/15/18   Page 3 of 8   Document 21-2

# FMCSA Motor Carrier

USDOT Number: **2318393**
Docket Number: **MC145402**
Legal Name: **CONTRACT TRANSPORT SERVICES, LLC**

DBA (Doing-Business-As) Name **CONTRACT TRANSPORT SERVICES**



**Insurance History:**

| Form: | 91X | Type: | BIPD/Primary | | | |
|---|---|---|---|---|---|---|
| Policy/Surety Number: | CTP 0677294 | Coverage From | $0 | To: | $750,000 |
| Effective Date From: | 10/16/2009 | To: 04/28/2012 | Disposition: | Cancelled |

Insurance Carrier: GENERAL CASUALTY COMPANY OF WISCONSIN
Attn: CONNIE CONINE
Address: ONE GENERAL DRIVE
SUN PRAIRIE, WI 53596 US
Telephone: (317) 722 - 3881    Fax: (608) 825 - 5100

| Form: | 91X | Type: | BIPD/Primary | | | |
|---|---|---|---|---|---|---|
| Policy/Surety Number: | CTP 0677294 | Coverage From | $0 | To: | $750,000 |
| Effective Date From: | 10/16/2009 | To: 04/01/2012 | Disposition: | Replaced |

Insurance Carrier: GENERAL CASUALTY COMPANY OF WISCONSIN
Attn: CONNIE CONINE
Address: ONE GENERAL DRIVE
SUN PRAIRIE, WI 53596 US
Telephone: (317) 722 - 3881    Fax: (608) 825 - 5100

| Form: | 91X | Type: | BIPD/Primary | | | |
|---|---|---|---|---|---|---|
| Policy/Surety Number: | CA-X38418 | Coverage From | $0 | To: | $750,000 |
| Effective Date From: | 04/01/2012 | To: 09/07/2012 | Disposition: | Transferred |

Insurance Carrier: ACUITY, A MUTUAL INSURANCE COMPANY
Attn: ED WARREN, VP CL UNDERWRITING
Address: 2800 SOUTH TAYLOR DR.
SHEBOYGAN, WI 53081 US
Telephone: (800) 242 - 7666    Fax: (920) 458 - 1618

| Form: | 91X | Type: | BIPD/Primary | | | |
|---|---|---|---|---|---|---|
| Policy/Surety Number: | CA-X38418 | Coverage From | $0 | To: | $750,000 |
| Effective Date From: | 08/09/2012 | To: 04/01/2016 | Disposition: | Replaced |

Insurance Carrier: ACUITY, A MUTUAL INSURANCE COMPANY
Attn: ED WARREN, VP CL UNDERWRITING
Address: 2800 SOUTH TAYLOR DR.
SHEBOYGAN, WI 53081 US
Telephone: (800) 242 - 7666    Fax: (920) 458 - 1618

Run Date: June 12, 2018
Run Time: 16:50

Page 4 of 8

Data Source: Licensing and Insurance
li_carrier

Case 1:17-cv-01126-WCG   Filed 06/15/18   Page 4 of 8   Document 21-2

# FMCSA Motor Carrier

USDOT Number: **2318393**
Docket Number: **MC145402**
Legal Name: **CONTRACT TRANSPORT SERVICES, LLC**

DBA (Doing-Business-As) Name **CONTRACT TRANSPORT SERVICES**



**Insurance History:**

| Form: **91X** | Type: **BIPD/Primary** | | |
|---|---|---|---|
| Policy/Surety Number: **A0054067001** | Coverage From **$0** | To: | **$750,000** |
| Effective Date From: **04/01/2016** | To: **09/01/2017** | Disposition: **Replaced** | |

Insurance Carrier: SENTRY INSURANCE A MUTUAL COMPANY
Attn: EARL LAIS
Address: 1800 NORTH POINT DRIVE
STEVENS POINT, WI 54481 US
Telephone: (800) 295 - 6919   Fax: (715) 346 - 6044

| Form: **34** | Type: **CARGO** | | |
|---|---|---|---|
| Policy/Surety Number: **011 006 64 90** | Coverage From **$0** | To: | **$5,000** * |
| Effective Date From: **12/01/1994** | To: **01/11/1997** | Disposition: **Cancelled** | |

Insurance Carrier: WEST BEND MUTUAL INSURANCE CO.
Attn: DEBRA K. WILLIAMS
Address: 1900 SOUTH 18TH AVENUE
WEST BEND, WI 53095 US
Telephone: (262) 338 - 5010   Fax: (262) 334 - 9109

| Form: **34** | Type: **CARGO** | | |
|---|---|---|---|
| Policy/Surety Number: **011 006 64 90** | Coverage From **$0** | To: | **$5,000** * |
| Effective Date From: **12/01/1994** | To: **12/01/1996** | Disposition: **Replaced** | |

Insurance Carrier: WEST BEND MUTUAL INSURANCE CO.
Attn: DEBRA K. WILLIAMS
Address: 1900 SOUTH 18TH AVENUE
WEST BEND, WI 53095 US
Telephone: (262) 338 - 5010   Fax: (262) 334 - 9109

| Form: **34** | Type: **CARGO** | | |
|---|---|---|---|
| Policy/Surety Number: **503- 139977-1** | Coverage From **$0** | To: | **$5,000** * |
| Effective Date From: **12/01/1996** | To: **12/01/1997** | Disposition: **Replaced** | |

Insurance Carrier: NORTH RIVER INSURANCE CO.
Attn: TO REPORT A CLAIM CALL 888-890-1500
Address: 305 MADISON AVE. P.O. BOX 1973
MORRISTOWN, NJ 07960 US
Telephone: (973) 490 - 6000   Fax:

Run Date: June 12, 2018
Run Time: 16:50
Page 5 of 8
Data Source: Licensing and Insurance
li_carrier

Case 1:17-cv-01126-WCG   Filed 06/15/18   Page 5 of 8   Document 21-2

# FMCSA Motor Carrier

USDOT Number: **2318393**
Docket Number: **MC145402**
Legal Name: **CONTRACT TRANSPORT SERVICES, LLC**

DBA (Doing-Business-As) Name **CONTRACT TRANSPORT SERVICES**



**Insurance History:**

| Form: **34** | Type: **CARGO** | | |
|---|---|---|---|
| Policy/Surety Number: **CLP80082A** | Coverage From **$0** | To: **$5,000** * | |
| Effective Date From: **12/01/1997** | To: **01/03/2001** | Disposition: **Cancelled** | |

Insurance Carrier: GREAT WEST CASUALTY CO.
Attn: OPERATOR
Address: 1100 WEST 29TH ST., P.O. BOX 277
SOUTH SIOUX CITY, NE 68776 US
Telephone: (800) 228 - 8602     Fax: (402) 494 - 7400

| Form: **34** | Type: **CARGO** | | |
|---|---|---|---|
| Policy/Surety Number: **CLP80082A** | Coverage From **$0** | To: **$5,000** * | |
| Effective Date From: **12/01/1997** | To: **12/01/2000** | Disposition: **Replaced** | |

Insurance Carrier: GREAT WEST CASUALTY CO.
Attn: OPERATOR
Address: 1100 WEST 29TH ST., P.O. BOX 277
SOUTH SIOUX CITY, NE 68776 US
Telephone: (800) 228 - 8602     Fax: (402) 494 - 7400

| Form: **34** | Type: **CARGO** | | |
|---|---|---|---|
| Policy/Surety Number: **IM-K08566** | Coverage From **$0** | To: **$5,000** * | |
| Effective Date From: **12/01/2000** | To: **04/01/2009** | Disposition: **Cancelled** | |

Insurance Carrier: ACUITY, A MUTUAL INSURANCE COMPANY
Attn: ED WARREN, VP CL UNDERWRITING
Address: 2800 SOUTH TAYLOR DR.
SHEBOYGAN, WI 53081 US
Telephone: (800) 242 - 7666     Fax: (920) 458 - 1618

| Form: **34** | Type: **CARGO** | | |
|---|---|---|---|
| Policy/Surety Number: **CCI 0677296** | Coverage From **$0** | To: **$5,000** * | |
| Effective Date From: **04/01/2009** | To: **04/27/2012** | Disposition: **Cancelled** | |

Insurance Carrier: GENERAL CASUALTY COMPANY OF WISCONSIN
Attn: CONNIE CONINE
Address: ONE GENERAL DRIVE
SUN PRAIRIE, WI 53596 US
Telephone: (317) 722 - 3881     Fax: (608) 825 - 5100

Run Date: June 12, 2018
Run Time: 16:50

Page 6 of 8

Data Source: Licensing and Insurance
li_carrier

Case 1:17-cv-01126-WCG   Filed 06/15/18   Page 6 of 8   Document 21-2

# FMCSA Motor Carrier

USDOT Number: **2318393**
Docket Number: **MC145402**
Legal Name: **CONTRACT TRANSPORT SERVICES, LLC**

DBA (Doing-Business-As) Name **CONTRACT TRANSPORT SERVICES**



**Insurance History:**

| | | | |
|---|---|---|---|
| Form: **84** | Type: **SURETY** | | |
| Policy/Surety Number: **46013011786840** | Coverage From | **$0** To: | **$10,000** * |
| Effective Date From: **12/07/1985** | To: **11/14/1988** | Disposition: **Cancelled** | |

Insurance Carrier: UNITED STATES FIDELITY & GUARANTY CO.
Attn: PLEASE CONTACT YOUR LOCAL AGENT
Address: ONE TOWER SQUARE, -5GS
HARTFORD, CT 06183 US
Telephone: Fax:

\* If a carrier is in compliance, the amount of coverage will always be shown as the required Federal minimum ($5,000 per vehicle, $10,000 per occurrence for cargo insurance, $75,000 for bond/trust fund insurance for brokers and freight forwarders). The carrier may actually have higher levels of coverage.

**Authority History:**

| Sub No. | Authority Type | Original Action | | Disposition Action | |
|---|---|---|---|---|---|
| | MOTOR PROPERTY COMMON CARRIER | GRANTED | 09/17/2012 | | |
| | MOTOR PROPERTY CONTRACT CARRIER | GRANTED | 09/17/2012 | | |
| 17 | MOTOR PROPERTY CONTRACT CARRIER | GRANTED | 11/14/1991 | TRANSFER CONSUMMATED | 09/11/2012 |
| 12 | MOTOR PROPERTY COMMON CARRIER | GRANTED | 08/06/1981 | TRANSFER CONSUMMATED | 09/11/2012 |
| 2 | MOTOR PROPERTY COMMON CARRIER | GRANTED | 07/24/1981 | TRANSFER CONSUMMATED | 09/11/2012 |
| 6 | MOTOR PROPERTY COMMON CARRIER | GRANTED | 03/10/1981 | TRANSFER CONSUMMATED | 09/11/2012 |
| 10 | MOTOR PROPERTY COMMON CARRIER | GRANTED | 02/25/1981 | TRANSFER CONSUMMATED | 09/11/2012 |
| 9 | MOTOR PROPERTY COMMON CARRIER | GRANTED | 12/01/1980 | TRANSFER CONSUMMATED | 09/11/2012 |
| 8 | MOTOR PROPERTY COMMON CARRIER | GRANTED | 11/12/1980 | TRANSFER CONSUMMATED | 09/11/2012 |

Run Date: June 12, 2018
Run Time: 16:50

Page 7 of 8

Data Source: Licensing and Insurance
li_carrier

Case 1:17-cv-01126-WCG   Filed 06/15/18   Page 7 of 8   Document 21-2

# FMCSA Motor Carrier

USDOT Number: **2318393**
Docket Number: **MC145402**
Legal Name: **CONTRACT TRANSPORT SERVICES, LLC**

DBA (Doing-Business-As) Name **CONTRACT TRANSPORT SERVICES**



**Authority History:**

| Sub No. | Authority Type | Original Action | | Disposition Action | |
|---|---|---|---|---|---|
| 14 | PROPERTY BROKER | GRANTED | 03/26/1985 | REVOKED | 12/22/1988 |
| 13 | MOTOR PROPERTY CONTRACT CARRIER | GRANTED | | RENUMBERED | 05/18/1984 |

**Pending Application:**

| Authority Type | Filed | Status | Insurance | BOC-3 |
|---|---|---|---|---|
| | | | | |

**Revocation History:**

| Authority Type | 1st Serve Date | 2nd Serve Date | Reason |
|---|---|---|---|
| BROKER | | 12/22/1988 | VOLUNTARY REVOCATION |