

# CTS STATUS SHEET

EMPLOYMENT CODE: BURLEO

STATUS: Full Time

EMPLOYMENT AS: ~~Lease Purchase~~

AREA: Green Bay

---

# TERMINATION NOTICE

NAME: Leonid Burlaka

TERM DATE: 8/25/17

REASON FOR TERMINATION: Quit w/ notice

TRK #

CONFIDENTIAL   Case 1:17-cv-01126-WCG   Filed 06/15/18   Page 1 of 1   Document 21-11   CTS001142