

# Experience Driver Evaluation

Trainees Name: Leonid Burlaka
Trainers Name: Jamie Davis
Date: 2-16-16

## Rate the driver by using the following scale
0 - N/A  1 - 25% Meets Expectations  2 - 50% Meets Expectations  3 - 75% Meets Expectations  4 - 100% Meets Expectations

### Driving Skills

| Skill | Rating |
|---|---|
| Lane Position | 0 1 2 3 **4** |
| Proper following distance | 0 1 2 3 **4** |
| Traffic awareness | 0 1 2 3 **4** |
| Lane changes | 0 1 2 3 **4** |
| Left Turns | 0 1 2 3 **4** |
| Right Turns | 0 1 2 3 **4** |
| Fuel saving | 0 1 2 3 **4** |
| Up shifting | 0 1 2 3 **4** |
| Down shifting | 0 1 2 3 **4** |
| Yields right away | 0 1 2 3 **4** |
| Safe speed for location | 0 1 2 3 **4** |
| Construction zone | 0 1 2 3 **4** |
| Passing | 0 1 2 3 **4** |
| Seatbelt | 0 1 2 3 **4** |
| Mirrors | 0 1 2 3 **4** |

### Mobile Comm.

| Item | Rating |
|---|---|
| Logs in and out of unit | 0 1 2 3 **4** |
| Uses Work Flow | 0 1 2 3 **4** |
| HOS availability | 0 1 2 3 **4** |
| Enter Pre-Trip info | 0 1 2 3 **4** |
| Enters Trip info | 0 1 2 3 **4** |
| load info messages | 0 1 2 3 **4** |
| Uses Hot Key's | 0 1 2 3 **4** |
| Navigates in Peole-Net | 0 1 2 3 **4** |

### Paperwork

| Item | Rating |
|---|---|
| Paperwork & Scanning | 0 1 2 3 **4** |
| Vacation request | 0 1 2 3 **4** |
| Payroll corrections | 0 1 2 3 **4** |
| Accident reporting | 0 1 2 3 **4** |
| Injury reporting | 0 1 2 3 **4** |

### Map Reading

| Item | Rating |
|---|---|
| Proper Trip Planning | 0 1 2 3 **4** |
| Obtains directions | 0 1 2 3 **4** |
| Calculate ETA | 0 1 2 3 **4** |
| Locate low bridges | 0 1 2 3 **4** |
| Locate restricted routes | 0 1 2 3 **4** |
| Knows Kingpin law | 0 1 2 3 **4** |

### On the road

| Item | Rating |
|---|---|
| Coupling | 0 1 2 3 **4** |
| Uncoupling | 0 1 2 3 **4** |
| Customer service | 0 1 2 3 **4** |
| Road signs | 0 1 2 3 **4** |
| Braking | 0 1 2 3 **4** |
| Fueling | 0 1 2 3 **4** |
| 3 points of contact | 0 1 2 3 **4** |
| Weight distibution | 0 1 2 3 **4** |

### Backing

| Item | Rating |
|---|---|
| Proper setup | 0 1 2 3 **4** |
| 45 degree | 0 1 2 3 **4** |
| Strait line | 0 1 2 3 **4** |
| 90 degree | 0 1 2 3 **4** |
| Uses G.O.A.L. | 0 1 2 3 **4** |
| 4 way's flashers | 0 1 2 3 **4** |

### Inspections

| Item | Rating |
|---|---|
| Lights | 0 1 2 3 **4** |
| Tires | 0 1 2 3 **4** |
| Fluids | 0 1 2 3 **4** |
| Brakes | 0 1 2 3 **4** |
| Check for damages | 0 1 2 3 **4** |
| Seal Intact | 0 1 2 3 **4** |

Trainers Comments: Did great on Backing and direction

Driver Comments: _____

☒ Meets CTS Expectations          ☐ Does not meet CTS Expectations

Trainers Signature: Jamie Davis
Driver Signature: Leonid Burlaka

# HIRING CHECK LIST

DRIVER NAME: _Leonid Burlaka_

- ✓ Pre-Employment Drug Screen
- ✓ Fill out forms in qualifications folder
- ✓ Fill out status sheet
- ✓ PARS Enrollment
- ✓ Make name for pigeon hole
- ✓ Make label for payroll folder
- 407 Assign voicemail box
- ✓ Build in TMW
- ✓ ProTread Training (need TMW code)
- ✓ E-Log on Peoplenet (need fuel ID)
- ✓ Comdata Set up (Manage, cards, edit, card#, search, TMW code)
- ✓ Job Discription / Expectation Sheet
- ✓ W/E Work Schedule
- ✓ Make up a personnel folder
- ✓ Schedule trainer for road test
- ✓ Pass out status sheet
- ✓ Enter names for turnover record
- ✓ Report to State
- ✓ PSP Pre-Employment Screening
- ✓ Corporate Lodging
- ✓ PFP Import File Entry