AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

EASTERN DISTRICT OF WISCONSIN

LEONID BURLAKA,
DAVID STARRY,
ROGER ROBINSON,
and TIM KEUKEN,

        Plaintiffs,

        v.

CONTRACT TRANSPORT
SERVICES, LLC,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No. 17-C-1126

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒ **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that plaintiffs take nothing, and this case is DISMISSED.

Approved: s/ William C. Griesbach
William C. Griesbach, Chief Judge
United States District Court

Dated: April 1, 2019

STEPHEN C. DRIES
Clerk of Court

s/ Lori Hanson
(By) Deputy Clerk