UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

___

**Leonid Burlaka**
**Roger Robinson**
**Tim Keuken**
**Travis Frischmann**

**On behalf of Themselves and**
**all others similarly situated**

    **Plaintiffs**

    **v.**                               **Case No.** 17-CV-1126

**Contract Transport Services, LLC**

    **Defendant.**

___

## NOTICE OF APPEAL

___

Please take notice that Plaintiffs, Timothy Keuken, Leonid Burlaka, Roger Robinson, and Travis Frischmann, hereby appeal to the United States Court of Appeals for the Seventh Circuit the District Court's granting of the Defendant's motion for summary judgment (docket #48), and its entry of judgment in favor of the Defendant. (Docket #49)

Dated this 15th day of April, 2019.

                                        /s/Yingtao Ho
                                        Yingtao Ho (SBN #1045418)
                                        yh@previant.com
                                        THE PREVIANT LAW FIRM, S.C.
                                        310 W. Wisconsin Ave. Suite 100MW
                                        Milwaukee, WI 53202
                                        (414) 271-4500
                                        (414) 271-6308 FAX
                                        Attorneys for Plaintiffs